# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BOBBETTE FIGLER, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:11CV1422 HEA |
| DAVID R. RICKEY, et al., | ) |
| Defendants. | ) |

## ORDER

On January 30, 2012, the Court, pursuant to Fed.R.Civ.P.4(m), entered an order directing Plaintiff Bobbette Figler to show cause in writing why this action should not be dismissed as to Defendant Independent Enterprises. *See* ECF No. 10. The Court noted that the file contains no proof of service upon, nor entry of appearance on behalf of, Defendant Independent Enterprises. Plaintiffs were given fourteen (14) days from the issuance of the Order to show cause as to why this action should not be dismissed. To date, Plaintiffs have failed to comply with the Court's January 30, 2012 Order.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Independent Enterprises shall be dismissed without prejudice.

Dated this 24th day of April, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE